EDWARD FAUST, APPELLEE, v. WILLIAM DEERING & COMPANY ET AL., APPELLANTS.

FILED DECEMBER 18, 1901. No. 10,614.

Unauthenticated Bill of Exceptions. An unauthenticated bill of exceptions will not be considered by this court.

APPEAL from the district court for Boyd county. Heard below before KINCAID, J. *Affirmed.*

*Robert Ryan* and *O. P. Davis,* for appellants.

*T. H. Tingle, contra.*

NORVAL, C. J.

Edward Faust brought suit in the district court of Boyd county to enjoin the sale of his lands to satisfy a

certain judgment recovered by the defendant William Deering & Company against one S. P. Jamison in the county court of Holt county. The cause was heard in the court below upon the petition of the plaintiff, the answer of the defendants therein, the reply of the plaintiff, and the evidence. Transcript, page 22. From a decree in favor of plaintiff, the defendants have prosecuted this appeal.

A judgment of affirmance must be entered in this court, since the petition supports the decree, and the reply of the plaintiff is not to be found in the record, and the bill of exceptions attached to the transcript is not authenticated by the clerk of the trial court.

AFFIRMED.